Exhibit 1

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1‑085‑012

EFFECTIVE DATE OF REGISTRATION

MAR 16 2001

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
STRIKE KING

NATURE OF THIS WORK ▼ See Instructions
ACRYLIC PAINTING

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼
a    Al Agnew

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ US
     { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed
2000
This information must be given ONLY if this work ONLY in all cases. Year has been published.

b Date and Nation of First Publication of This Particular Work
Complete this information Month▶ NOVEMBER Day▶ 01 Year▶ 2000
US    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights by Artist

APPLICATION RECEIVED
MAR 16 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 16 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

The Al Agnew Collection
11779 Highway 32
Ste. Genevieve MO 63670

Area code and daytime telephone number ▶ ( 573 ) 883-5121          Fax number ▶ ( 573 ) 883-7303

Email ▶ mail@alagnew.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of The Al Agnew Collection Trust u/a 8-16-94
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. wolk-Agnew          Date ▶ 5-14-01

Handwritten signature (X) ▼

X _Mary L. Wolk-Agnew_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
The Al Agnew Collection Trust

Number/Street/Apt ▼
11779 Highway 32

City/State/ZIP ▼
Ste. Genevieve MO 63670

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

## Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Builder = (al agnew)[ in Keyword Anywhere ]AND(Strike King)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 1 entries



**Labeled View**

[Click here to return to the previous screen](#)

*Anticipation & 7 other titles;*

|  |  |
| --- | --- |
| **Type of Work:** | Recorded Document |
| **Document Number:** | V15019D430 |
| **Date of Recordation:** | 2023-10-17 |
| **Entire Copyright Document:** | V15019 D430 P1-199 |
| **Date of Execution:** | 13Jul21; 13Jul21; 13Jul21 |
| **Registration Number Not Verified:** | VA0001071949 |
| **Title:** | Anticipation & 7 other titles; Visual art. |
| **Notes:** | Assignment and Transfer of Rights. |
| **Party 1:** | Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA |
| **Party 2:** | The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA |
| **Links:** | List of titles |
| **Names:** | Al Agnew Collection Trust |
| | The Al Agnew Collection LLC |
| | Al Agnew |





| **Save, Print and Email (Help Page)** |
| --- |
| Select Download Format   Full Record ▾   Format for Print/Save |
| Enter your email address: ⬚   Email |

Help | Search | History | *Titles* | Start Over



ditional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 255 – 183

EFFECTIVE DATE OF REGISTRATION

MAR 12 2004

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

TROUBLE

NATURE OF THIS WORK ▼ See Instructions

ACRYLIC PAINTING

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼

AL AGNEW

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ UNITED STATES

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a**  Year in Which Creation of This Work Was Completed
2003
◀ Year   This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ OCTOBER   Day ▶ 15   Year ▶ 2003
◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE AL AGNEW COLLECTION TRUST u/a 8-16-94
11779 HIGHWAY 32, STE. GENEVIEVE, MO 63670

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

TRANSFER OF ALL RIGHTS BY ARTIST

APPLICATION RECEIVED
MAR 12 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 12 2004
FUNDS RECEIVED

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a   See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

THE AL AGNEW COLLECTION
11779 HIGHWAY 32
STE. GENEVIEVE, MO 63670

Area code and daytime telephone number ▶ ( 573 ) 883-5121     Fax number ▶ ( 573 ) 883-7303

Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of THE AL AGNEW COLLECTION TRUST
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MARY L. WOLK-AGNEW            Date ▶ 3-4-04

Handwritten signature (X) ▼

X Mary L. Wolk-Agnew

| Certificate will be mailed in window envelope to this address: | Name ▼ |
| --- | --- |
| | THE AL AGNEW COLLECTION |
| | Number/Street/Apt ▼ |
| | 11779 HIGHWAY 32 |
| | City/State/ZIP ▼ |
| | STE. GENEVIEVE, MO 63670 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Builder = (al agnew)[ in Keyword Anywhere ]AND(Trouble)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 1 entries



| Labeled View |

[Click here to return to the previous screen](#)

*Anticipation & 7 other titles;*

**Type of Work:** Recorded Document

**Document Number:** V15019D430

**Date of Recordation:** 2023-10-17

**Entire Copyright Document:** V15019 D430 P1-199

**Date of Execution:** 13Jul21; 13Jul21; 13Jul21

**Registration Number Not Verified:** VA0001071949

**Title:** Anticipation & 7 other titles; Visual art.

**Notes:** Assignment and Transfer of Rights.

**Party 1:** Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA

**Party 2:** The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA

**Links:** List of titles

**Names:** Al Agnew Collection Trust

The Al Agnew Collection LLC

Al Agnew



| **Save, Print and Email (Help Page)** |
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |



Help   Search   History   *Titles*   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

**VA 825–956**

EFFECTIVE DATE OF REGISTRATION

4 , 7 , 97
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Sentinel

**NATURE OF THIS WORK ▼** See instructions

Watercolor Painting

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**NAME OF AUTHOR ▼**

**a** Al Agnew

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Watercolor Painting

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 30 Year ▶ 1996
USA ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670

APPLICATION RECEIVED
APR 17 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 17 1997
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Transfer of all rights by Artist

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY *CK* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                     Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670
Attn: Mary Agnew
                         Area Code & Telephone Number ▶   314-883-5121

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   The Al Agnew Collection Trust u/a 8-16-94
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mary L. Wolk-Agnew                                          date ▶  4-2-77

Handwritten signature (X) ▼
*Mary L. Wolk Agnew*

| MAIL<br>CERTIFI-<br>CATE TO | Name ▼<br>The Al Agnew Collection | • Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apartment Number ▼<br>11779 Highway 32 | 1. Application form<br>2. Nonrefundable $20 filing fee<br>in check or money order<br>payable to Register of Copyrights<br>3. Deposit material |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | City/State/ZIP ▼<br>Ste. Genevieve MO 63670 | MAIL TO<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559 |

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

December 1999—135,000                                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999    000-000/00,000



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Builder = (al agnew)[ in Keyword Anywhere ]AND(The Sentinel)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 1 entries



Labeled View

[Click here to return to the previous screen](#)

*Anticipation & 7 other titles;*

**Type of Work:** Recorded Document
**Document Number:** V15019D430
**Date of Recordation:** 2023-10-17
**Entire Copyright Document:** V15019 D430 P1-199
**Date of Execution:** 13Jul21; 13Jul21; 13Jul21
**Registration Number Not Verified:** VA0001071949
**Title:** Anticipation & 7 other titles; Visual art.
**Notes:** Assignment and Transfer of Rights.
**Party 1:** Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA
**Party 2:** The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA
**Links:** List of titles
**Names:** Al Agnew Collection Trust
The Al Agnew Collection LLC
Al Agnew





| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [_____]  Email |

Help | Search | History | *Titles* | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
UNITED STATES COPYRIGHT OFFICE



VA 964-203



EFFECTIVE DATE OF REGISTRATION

June 29 1999
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Wolf Ridge

NATURE OF THIS WORK ▼ See instructions

Acrylic Painting

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**
NAME OF AUTHOR ▼

a    Al Agnew

DATES OF BIRTH AND DEATH
Year Born ▼  1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Acrylic Painting

b    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 08  Day ▶ 01  Year ▶ 1998
US  ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

The Al Agnew Collection Trust u/a 8-16-94
11719 Highway 32
Ste. Genevieve MO 63670

See instructions before completing this space.

APPLICATION RECEIVED
JUN 29 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 29 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Transfer of all rights by artist

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

The Al Agnew Collection Trust
11779 Highway 32
Ste. Genevieve MO 63670
Attn: Mary Agnew
            Area Code & Telephone Number ▶ 573-883-5121

**7**

Be sure to give your daytime phone ◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  The Al Agnew Collection Trust u/a 8-16-94
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. Wolk-Agnew                                    date ▶ 06-25-98

Handwritten signature (X) ▼

Mary L Wolk Agnew

| MAIL<br>CERTIFI-<br>CATE TO | **Name** ▼ |
|---|---|
| | The Al Agnew Collection |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apartment Number ▼ |
| | 11779 Highway 32 |
| | City/State/Zip ▼ |
| | Ste. Genevieve MO 63670 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-170/20,007



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Builder = (Wolf Ridge)[ in Keyword Anywhere ]AND(al agnew)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 1 entries



Labeled View

Click here to return to the previous screen

*Anticipation & 7 other titles;*

**Type of Work:** Recorded Document
**Document Number:** V15019D430
**Date of Recordation:** 2023-10-17
**Entire Copyright Document:** V15019 D430 P1-199
**Date of Execution:** 13Jul21; 13Jul21; 13Jul21
**Registration Number Not Verified:** VA0001071949
**Title:** Anticipation & 7 other titles; Visual art.
**Notes:** Assignment and Transfer of Rights.
**Party 1:** Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA
**Party 2:** The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA
**Links:** List of titles
**Names:** Al Agnew Collection Trust
The Al Agnew Collection LLC
Al Agnew





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address: _____   Email |

| Help | Search | History | Titles | Start Over |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 838-309

EF

| 5 | 12 | 97 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

*The Boy's Club*

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Watercolor Painting

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Al Agnew

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Watercolor Painting

**NOTE**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July Day ▶ 15 Year ▶ 1995
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

The Al Agnew Collection Trust u/a 8-16-94

11779 Highway 32
Ste. Genevieve MO 63670

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Transfer of all rights by Artist

APPLICATION RECEIVED
MAY 12 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 12 1997
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY _uR3_ | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670
Attn: Mary Agnew
                                   Area Code & Telephone Number ▶  314-883-5121

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  The Al Agnew Collection Trust  u/a 8-16-94
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. Wolk-Agnew                                    date ▶  4-2-97

Handwritten signature (X) ▼
Mary L. Wolk-Agnew

**MAIL
CERTIFI-
CATE TO**

| Name ▼ |
| --- |
| The Al Agnew Collection |
| Number/Street/Apartment Number ▼ |
| 11779 Highway 32 |
| City/State/ZIP ▼ |
| Ste. Genevieve MO 63670 |

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

December 1990—135,000



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

 Copyright Catalog (1978 to present) at DC4

Search Request: Builder = (al agnew)[ in Keyword Anywhere ]AND(boys club)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 1 entries



| Labeled View |

#### Click here to return to the previous screen

*Anticipation & 7 other titles;*

**Type of Work:** Recorded Document

**Document Number:** V15019D430

**Date of Recordation:** 2023-10-17

**Entire Copyright Document:** V15019 D430 P1-199

**Date of Execution:** 13Jul21; 13Jul21; 13Jul21

**Registration Number Not Verified:** VA0001071949

**Title:** Anticipation & 7 other titles; Visual art.

**Notes:** Assignment and Transfer of Rights.

**Party 1:** Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA

**Party 2:** The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA

**Links:** List of titles

**Names:** Al Agnew Collection Trust

The Al Agnew Collection LLC

Al Agnew





| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]  Email |

| Help | Search | History | *Titles* | Start Over |



Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R  VA 1–263–997

EFFECTIVE DATE OF REGISTRATION

6 – 16 – 04
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Running Wild

**NATURE OF THIS WORK ▼** See Instructions
Watercolor Painting

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

a **NAME OF AUTHOR ▼**
Al Agnew

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ US
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a **Year In Which Creation of This Work Was Completed**  This information must be given in all cases.
1991 ◀ Year

b **Date and Nation of First Publication of This Particular Work**  Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 01    Year ▶ 1991
US  ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32, Ste. Genevieve, MO 63670

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights by Artist

APPLICATION RECEIVED
MAR 15 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 15 2004
FUNDS RECEIVED
6 – 16 – 04

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

The Al Agnew Collection
11779 Highway 32
Ste. Genevieve, MO 63670

Area code and daytime telephone number ▶ ( 573 ) 883-5121          Fax number ▶ ( 573 ) 883-7303
Email ▶ mary@alagnew.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **The Al Agnew Collection Trust u/a 8-16-94**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mary L. Wolk-Agnew                    Date ▶ 3-9-04

Handwritten signature (X) ▼
X _Mary Wolk Agnew_

Certificate will be mailed in window envelope to this address:
Name ▼ The Al Agnew Collection Trust
Number/Street/Apt ▼ 11779 Highway 32
City/State/ZIP ▼ Sainte Genevieve, MO 63670

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (al agnew)[ in Keyword Anywhere ]AND(Running Wild)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 1 entries



Labeled View

[Click here to return to the previous screen](#)

*Anticipation & 7 other titles;*

**Type of Work:** Recorded Document
**Document Number:** V15019D430
**Date of Recordation:** 2023-10-17
**Entire Copyright Document:** V15019 D430 P1-199
**Date of Execution:** 13Jul21; 13Jul21; 13Jul21
**Registration Number Not Verified:** VA0001071949
**Title:** Anticipation & 7 other titles; Visual art.
**Notes:** Assignment and Transfer of Rights.
**Party 1:** Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA
**Party 2:** The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA
**Links:** List of titles
**Names:** Al Agnew Collection Trust
The Al Agnew Collection LLC
Al Agnew





| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:  _____  Email |

| Help | Search | History | Titles | Start Over |



Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC

**VA 1-071-949**

EFFECTIVE DATE OF REGISTRATION

**APR 0 2 2001**

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

### 1

TITLE OF THIS WORK ▼
ANTICIPATION

NATURE OF THIS WORK ▼ See Instructions
ORIGINAL MYLAR LITHOGRAPH

PREVIOUS OR ALTERNATIVE TITLES ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

### 2

NAME OF AUTHOR ▼
AL AGNEW

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1952

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR ⎰ Citizen of ▶ US
    ⎱ Domiciled in ▶ US

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work

### 3

Year in Which Creation of This Work Was Completed
1993
This information must be given ▼ Year in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 12   Year ▶ 1993
US ◀ Nation

### 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights by Artist

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages.

EXAMINED BY J.M

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

The Al Agnew Collection
11779 Highway 32
Ste. Genevieve MO 63670

Area code and daytime telephone number ▶ ( 573 ) 883-5121          Fax number ▶ ( 573 ) 883-7303

Email ▶ mail@alagnew.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __The Al Agnew Collection Trust__
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. Wolk-Agnew                                          Date ▶ 3-26-01

Handwritten signature (X) ▼

☞ X   Mary L. Wolk-Agnew

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
The Al Agnew Collection

**Number/Street/Apt** ▼
11779 Highway 32

**City/State/ZIP** ▼
Ste. Genevieve MO 63670

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money   As of July 1, 1999,
order payable to Register of Copyrights          the filing fee for
3 Deposit material                                        Form VA is $30

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV. June 1999

⟳ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (Anticipation)[ in Keyword Anywhere ]AND(al agnew)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 1 entries



Labeled View

[Click here to return to the previous screen](#)

*Anticipation & 7 other titles;*

**Type of Work:** Recorded Document
**Document Number:** V15019D430
**Date of Recordation:** 2023-10-17
**Entire Copyright Document:** V15019 D430 P1-199
**Date of Execution:** 13Jul21; 13Jul21; 13Jul21
**Registration Number Not Verified:** VA0001071949
**Title:** Anticipation & 7 other titles; Visual art.
**Notes:** Assignment and Transfer of Rights.
**Party 1:** Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA
**Party 2:** The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA
**Links:** List of titles
**Names:** Al Agnew Collection Trust
The Al Agnew Collection LLC
Al Agnew



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |



| Help | Search | History | Titles | Start Over |

